United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 12, 2006**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-21019
Summary Calendar

_____

GENANA HOLLY,

Plaintiff-Appellant,

versus

MARICOPA COUNTY; ET AL.,

Defendants,

WAL-MART STORES, INC.,

Defendant-Appellee.

_____

On Appeal from the United States District Court
for the Southern District of Texas
No. 4:04-CV-1980

_____

Before JONES, Chief Judge, and SMITH and GARZA, Circuit Judges.

PER CURIAM:[*]

This court, having carefully reviewed the parties' briefs and pertinent portions of the record, concludes there is no reversible error in the district court's findings of fact and conclusions of law. We therefore AFFIRM the final judgment of the district court essentially for the reasons stated in its opinion.

**AFFIRMED.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.